**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ANDREW JAMES MCGONIGLE, on behalf      :
of himself and others similarly situated,      :      CASE NO. 0:25-cv-61164-AHS
                                                :
      *Plaintiff,*                              :
                                                :
v.                                              :      **CLASS ACTION**
                                                :
PURE GREEN FRANCHISE                            :
CORPORATION,                                    :
                                                :
      *Defendant.*                              :
_____/

**PLAINTIFF'S PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on January 11, 2027.  If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The Calendar Call will be held at _____  on December 15, 2026.  This is a Standard Track case.  The Parties shall adhere to the following schedule:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Initial disclosures | September 10, 2025 |
| Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | September 24, 2025 |
| Joinder of any additional parties | October 31, 2025 |
| Filing of motions to amend the complaint | October 31, 2025 |
| The parties shall disclose affirmative experts, expert witness summaries, and reports, as required by Fed. R. Civ. P. 26(a)(2) | March 17, 2026 |
| The parties shall disclose rebuttal experts, expert witness summaries, and reports, as required by Fed. R. Civ. P. 26(a)(2) | April 14, 2026 |

2

| | |
|---|---|
| Fact and Expert discovery shall be completed | May 8, 2026 |
| Plaintiff's Motion for Class Certification | May 14, 2026 |
| Defendant's Response/Opposition to Plaintiff's Motion for Class Certification | June 4, 2026 |
| Plaintiff's Reply in Further Support of Class Certification | June 18, 2026 |
| Mediation shall be completed | June 18, 2026 |
| Dispositive motions, including motions for summary judgment and Daubert, shall be filed by | July 16, 2026 |
| Responses to dispositive motions | August 6, 2026 |
| Replies to dispositive motions | August 20, 2026 |
| All pretrial motions and memoranda of law, including motions in limine, shall be filed by | November 17, 2026 |
| Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | December 1, 2026 |